UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-2284 DSF (JCGx) | Date | 10/11/12 |
|---|---|---|---|
| Title | Lee E. Knowles, et al. v. A.W. Chesterton Co., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE REMAND TO STATE COURT

    Plaintiff's Motion for Substitution of Joyce Knowles in lieu of her husband, deceased Plaintiff Lee Knowles, was filed on September 13, 2012 with a hearing date of October 15, 2012.  Opposition was due September 24, 2012.  No opposition has yet been filed.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for October 15, 2012 is removed from the Court's calendar.

    The Court deems the lack of opposition to be consent to the motion.  Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993).  The Plaintiff's Motion for Substitution is GRANTED.